UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JAMES MCDONALD, III,

        Petitioner,                        Case No. 2:20-cv-231

v.                                                Honorable Paul L. Maloney

CATHERINE BAUMAN,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered December 9, 2020, (ECF No. 2), and the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.

Dated:  January 13, 2021                        /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge